IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JUDITH ANN HAGNER,

      Appellant,

v.                                     Case No.  5D16-3301

SUSAN DIETRICH, LINDA BROWN,
ELIZABETH RAMON, AND RITA SETTLE,

      Appellees.

_____/

Opinion filed November 15, 2016

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Judith Ann Hagner, Orlando, pro se.

H. Terrell Griffin, of H. Terrell Griffin, P.A.,
Maitland, for Appellees.

PER CURIAM.

      AFFIRMED.  See Fla. R. App. P. 9.315(a).

PALMER, BERGER, and WALLIS, J.J., concur.